**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 915 MAL 2015
                              :
             Respondent       : Petition for Allowance of Appeal from
                              : the Order of the Superior Court
                              :
        v.                    :
                              :
                              :
                              :
BABATU B. JOHNSON,            :
                              :
             Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.